IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOUTHERN ILLINOIS STORM SHELTERS, INC., | ) ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) Case No. 13−cv−0297−MJR−SCW ) |
| vs. | ) ) |
| 4SEMO.COM, INC. and | ) ) ) |
| Defendant/Counterclaimant. | ) ) |
| vs. | ) ) |
| INGOLDSBY EXCAVATING, INC. | ) ) |
| Counterclaim Defendant. | ) |

## REPORT AND RECOMMENDATION

**WILLIAMS, Magistrate Judge:**

On April 22, 2015, the District Judge referred 4semo.com's ("4semo") Motion for Summary Judgment (Doc. 111) and Southern Illinois Storm Shelters' ("SISS) Motion to Dismiss (Doc. 128) to the undersigned for a report and recommendation on the terms and conditions of dismissal and to narrow the issues which the Court needs to decide as to the summary judgment motion. This Report and Recommendation is submitted to United States District Court Judge David R. Herndon pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C).

The undersigned set a hearing on this matter on April 29, 2015. (Doc. 143). At that time, the parties indicated that they could not agree on terms for resolving this case. (Doc. 143). The Court then set a second hearing on the matter for April 30, 2015, which was eventually continued until May 13, 2015. (Doc. 145). A second hearing was held on May 13, 2015. (Doc. 146).

At the May 13, 2015 hearing, SISS stated affirmatively on the record that they withdraw any opposition to the argument that 4semo had the right to use the mark because they were an authorized dealer, which argument is reflected in the record as Doc. 113, p. 5, line 6 (item 3 in the list on that page). SISS also affirmatively agrees that the Court could grant summary judgment on that basis alone. However, 4semo affirmed that they will not withdraw any argument made in their motion for summary judgment and respectfully request a ruling on all grounds of their summary judgment motion.

As to the pending Motion to Dismiss, the undersigned recommends that Counts 3-7 be dismissed without conditions and with prejudice. The parties agree to this dismissal. As to Counts 1 and 2, SISS requests that the Court hold off on ruling on the motion to dismiss until after the ruling on the summary judgment motion. 4semo does not object. Further, the parties agree on the terms of dismissal should summary judgment not be granted. However, the Court observes that SISS has conceded that summary judgment can now be granted on at least one ground. The undersigned recommends that a ruling on the Motion to Dismiss as to Counts 1 and 2 be deferred until after a decision on the Motion for Summary Judgment, if necessary.

## CONCLUSION

For the foregoing reasons, this undersigned **RECOMMENDS** that the Court take notice of the parties' positions as to the Motion for Summary Judgment. The undersigned further recommends that Counts 3 through 7 be **DISMISSED with prejudice** and without condition pursuant to SISS's motion to dismiss (Doc. 128). The undersigned finally recommends that the Motion to Dismiss be **DEFERRED** as to Counts 1 and 2. Objections to this Report and Recommendation must be filed on or before **June 29, 2015**

**IT IS SO RECOMMENDED.**
Dated: June 11, 2015                                                          /s/ *Stephen C. Williams*

**STEPHEN C. WILLIAMS**
United States Magistrate Judge