IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

4SEMO.COM, INC.,

Plaintiff,

v.                                                                  No. 13-0297-DRH

SOUTHERN ILLINOIS
STORM SHELTERS, INC.,
INGOLDSBY EXCAVATING, INC.,
and BOB INGOLDSBY,
d/b/a BOB INGOLDSBY EXCAVATING,

Defendants.

### ORDER

**HERNDON, District Judge:**

Pending before the Court is 4SEMO.Com, Inc.'s motion for assessment of attorney fees pursuant to 28 USC § 1927 and the inherent authority of the Court (Docs. 153 & 154). Defendants oppose the motion (Docs. 158 & 159). As the parties are aware, this matter is set for jury trial on August 22, 2016. The Court finds that it is in the interest of justice and judicial economy to decide the issues of fees and costs after the conclusion of the jury trial. Thus, the Court **DENIES at this time** the motion for fees (Doc. 153) without prejudice. 4SEMO.Com may

refile the motion at a later date. Further, the Court notes that the parties have not submitted the proposed Final Pretrial Order as ordered on February 10, 2016 (Doc. 151). Thus, the Court **DIRECTS** the party to submit via email the proposed Final Pretrial Order on or before June 7, 2016.

    **IT IS SO ORDERED.**

    Signed this 24th day of May, 2016.

Digitally signed by
Judge David R.
Herndon
Date: 2016.05.24
10:25:06 -05'00'

**United States District Court**